IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA ALEXANDRIA DIVISION

| | | |
|---|---|---|
| **JARRITT RYAN JONES** | * | |
| | * | |
| *Plaintiff,* | * | **COMPLAINT** |
| | * | |
| v. | * | |
| | * | |
| **FCA US LLC** | * | |
| | * | Case No. _____ |
| *Defendant.* | * | |
| | * | |
| Please serve: | * | |
| CT Corporation System | * | |
| 4701 Cox Rd Ste 285 | * | |
| Glen Allen, VA 23060-6808 | * | |
| | * | |

## COMPLAINT

Now into Court, through undersigned counsel, comes Jarritt Ryan Jones, Plaintiff and moves the Court for judgment against Defendant FCA US LLC. ("*FCA*" or "*Defendant*") on the basis of the following fact and law:

## JURISDICTION

1. This Honorable Court has Diversity Jurisdiction of this civil action pursuant to 28 U.S. Code § 1332. Plaintiff is a citizen of Virginia residing in Triangle, Virginia in Prince William County. The Defendant FCA US LLC is a limited liability company organized under Delaware law with a principal place of business in Auburn Hills, Michigan. The amount in controversy exceeds the sum of $75,000.00

## VENUE

2. Venue in this Honorable Court is proper pursuant to 28 U.S. Code § 1391 as this Judicial District is where a substantial part of the events and/or omissions giving rise to the claim occurred. Venue in the Alexandria Division is proper pursuant to

Local Civil Rule 3 because this is where a substantial part of the events and/or omissions giving rise to the claims occurred.

## FACTS

3. On August 8, 2022 Plaintiff purchased a 2022 Jeep Grand Wagoneer, Vehicle Identification Number 1C4SJVFJ0NS116801, Four Door 4-Wheel Drive with 122 miles on it. The total delivery price was $116,472.26.

4. The Plaintiff's vehicle was manufactured by the Defendant, FCA US LLC. FCA US LLC issued a Manufacturer's Warranty for 36 months from the date of purchase or for 36,000 miles on the odometer, whichever occurs first. The warranty covered all parts defective in material, workmanship, or factory preparation.

5. The Plaintiff's Vehicle came with heated seats that did not operate. Plaintiff returned the vehicle to the Defendant's authorized warranty service and repair facility on November 28, 2022, January 11, 2023, and February 8, 2023, for repair of the defective heated seats. In spite of three repair attempts the defective heated seats were still not repaired.

6. The defective heated seats significantly impair the use, market value, and safety of the vehicle.

7. A nonconformity to the warranty that has been subject of repair three or more times and the same nonconformity continues to exist creates a presumption that a reasonable number of repair attempts have been made, and that the motor vehicle is significantly impaired. The Plaintiff enjoys this presumption in this case. See, Virginia Code § 59.1-207.13(B)(1).

8. Virginia Code § 59.1-207.13(A)(1) and (2) provide a remedy for failure to conform the motor vehicle to the applicable warranty within the Lemon Law rights period. The manufacturer, at the election of the consumer, shall either replace the motor vehicle with a comparable motor vehicle acceptable to the consumer, or, accept return of the motor vehicle and refund the full contract price, including all collateral charges, and incidental damages

9. WHEREFORE, Plaintiff Jarritt Ryan Jones moves the Court for Judgment against the Defendant FCA US, LLC for a comparable replacement vehicle acceptable to the Plaintiff, or, accept return of the vehicle and refund the full contract price, including all collateral and incidental damages in the amount of at least $116,472.26, to be determined at the date of trial.

10. Virginia Code § 59.1-207.14 provides that a consumer who is successful in a Lemon Law Action should recover reasonable attorney fees, expert witness fees, and court costs incurred by bringing such action. Plaintiff Jones moves the Court to award him his attorney fees in the amount of $550.00 per hour or 1/3 of the amount recovered, whichever of the two is greater.

The Plaintiff demands TRIAL BY JURY.

Respectfully Submitted,

JARRITT RYAN JONES

By: _____
Of Counsel

James B. Feinman, Esq. (VSB #28125)
James B. Feinman & Associates
P. O. Box 697
Lynchburg, Virginia 24505
(434) 846-7603 (Phone)
(434) 846-0158 (Fax)
jb@jfeinman.com