IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

JARRITT RYAN JONES,
    Plaintiff,

v.

FCA US LLC,
    Defendant.

No: 1:23-cv-684-MSN-JFA

## ORDER

Upon consideration of the parties' Stipulation of Dismissal (Dkt. 14) pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby

**ORDERED** that this action is **DISMISSED WITH PREJUDICE**.

It is **SO ORDERED**.

The Clerk is directed to close this civil action.

/s/
Michael S. Nachmanoff
United States District Judge
Hon. Michael S. Nachmanoff
United States District Judge

Alexandria, Virginia
October 20, 2023